# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MORGAN MCCANN THIBODEAUX

VERSUS

LUKE JOSEPH THIBODEAUX

NO.  2024 CW 1122

**FEBRUARY 3, 2025**

---

In Re:  Luke Joseph Thibodeaux, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 220822.

---

BEFORE:  McCLENDON, C.J., WOLFE AND MILLER, JJ.

**WRIT DENIED.**

EW
SMM

**McClendon, C.J.,** dissents and would grant the writ application. See **Ehlinger v. Ehlinger**, 2017-1120 (La. App. 1st Cir. 5/29/18), 251 So.3d 418.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT